SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GEOFFREY A. BARROW, DCB #462662**
Assistant United States Attorney
Geoffrey.Barrow@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00108-AN |
| v. | **NOTICE OF APPEARANCE** |
| **ADAM MATTHEW LANSKY,** | |
| **Defendant.** | |

Please be advised that Geoffrey A. Barrow, Assistant United States Attorney for the District of Oregon, shall be added as co-counsel in the above referenced case. Please send notices to AUSA Barrow at Geoffrey.Barrow@usdoj.gov.

Dated: November 4, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Geoffrey A. Barrow*
GEOFFREY A. BARROW, DCB #462662
Assistant United States Attorney