SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**KATHERINE A. RYKKEN, CAB #267196**
Assistant United States Attorney
Katherine.Rykken@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00108-AN** |
| **v.** | **NOTICE OF WITHDRAWAL OF ASSISTANT UNITED STATES ATTORNEY** |
| **ADAM MATTHEW LANSKY,** | |
| **Defendant.** | |

Please be advised that Assistant United States Attorney Katherine A. Rykken withdraws as attorney of record in the above-entitled case.

Dated: March 23, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney


*/s/ Katherine A. Rykken*
KATHERINE A. RYKKEN, CAB #267196
Assistant United States Attorney