Mark Ahlemeyer, OSB #095997
Assistant Federal Public Defender
Email: Mark_Ahlemeyer@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM MATTHEW LANSKY,<br><br>Defendant. | Case No. 3:25-cr-00108-AN-1<br><br>FIFTH UNOPPOSED MOTION TO CONTINUE TRIAL |

Defendant, Adam Matthew Lansky, through his attorney, Mark Ahlemeyer, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for July 14, 2026, for a period of approximately 120 days, to November 11, 2026, or a date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration and is unopposed by Assistant United States Attorneys Nicholas D. Meyers.

Mr. Lansky is charged by Indictment with two counts of Attempted Arson of Property Used in Interstate Commerce, in violation of Title 18, U.S.C., § 844(1). Mr. Lansky is currently out of custody.

This is defendant's fifth request to continue the trial in this matter. Additional time is needed for the defense to finalize investigation work, hold additional meetings with Mr. Lansky, and continue discussions regarding any potential resolution of this matter.

Specifically, the parties request the Court exclude the 120-day period from July 14, 2026, through November 11, 2026, under the Speedy Trial Act. The ends of justice are served by a 120-day continuance of this matter.

Mr. Lansky understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: July 8, 2026.

*/s/ Mark Ahlemeyer*
Mark Ahlemeyer, OSB #095997